GEORGE SCHAEFER, Plaintiff-Appellee—Cross-Appellant, *v.* RAYMOND ROCK *et al.*, Defendants-Appellants—Cross-Appellees.

(No. 74-24; )

Third District—February 28, 1975.

Opinion by Mr. JUSTICE CRAVEN.

Sebo, Bath & Wilson, of Canton, for appellants.

Davis, Morgan & Witherell, of Peoria, for appellee.

VIRGINIA ANN HENRIKSON, Plaintiff-Appellant, *v.* GLEN EDWARD HENRIKSON, Defendant-Appellee.

(No. 73-210; )

Third District—February 28, 1975.

